IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| AMEREN SERVICES CO., ET AL. ) | |
| ) | |
| ) | |
| ) | |
|     Petitioners ) | |
| ) | |
| v. ) | Case No. 24-2714 |
| ) | |
| FEDERAL ENERGY REGULATORY ) | |
| COMMISSION ) | |
| ) | |
|     Respondent ) | |
| ) | |
| _____ ) | |

## MOTION FOR LEAVE TO INTERVENE
## OF
## RWE CLEAN ENERGY, LLC

Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure and the Circuit Rules of the United States Court of Appeals for the Eighth Circuit, RWE Clean Energy, LLC (RWE) moves to intervene in the captioned proceeding. RWE requests the opportunity to file briefs and participate in oral argument before the Court and for such other and further relief as the Court may deem just and proper. In support of this motion, RWE states as follows:

    The exact legal name of RWE is RWE Clean Energy, LLC, a limited liability company organized under the laws of the state of Delaware. RWE develops, owns, and operates electric generation and storage facilities throughout the United States.

RWE's principal office is located at 353 North Clark Street, Floor 30, Chicago, Illinois 60654.

Petitioners filed the Petition for Review requesting the Court to review the following orders issued by Respondent Federal Energy Regulatory Commission ("FERC"):

1. *Midcontinent Independent System Operator, Inc., et al.*, 187 FERC ¶ 61,170 (2024) ("Show Cause Order"); and

2. *Midcontinent Independent System Operator, Inc., et al.*, 188 FERC ¶ 62,084 (2024).

In the Show Cause Order, FERC proposed to eliminate unilateral transmission owner initial funding of network upgrades to the electric transmission grid. As a developer of electric generation that is directly impacted by unilateral transmission owner initial funding, RWE has a direct and substantial interest in this case that no other party can adequately represent. RWE seeks to intervene in this proceeding on behalf of Respondent FERC. RWE requests that this Court accept this motion filed one day out-of-time. RWE only recently became aware that Petitioners had sought review of FERC's orders in this Court and respectfully requests that this Court grant any waivers necessary to accept this motion and allow RWE leave to intervene.

WHEREFORE, RWE respectfully requests leave to intervene in the captioned proceeding, with rights to participate in briefing and oral argument.

Respectfully Submitted,

/s/ Bruce A. Grabow
Bruce A. Grabow
Jennifer Brough
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
bgrabow@sheppardmullin.com
jbrough@sheppardmullin.com

*Counsel for RWE Clean Energy, LLC*

Dated: September 24, 2024

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| AMEREN SERVICES CO., ET AL. )<br>)<br>)<br>    **Petitioners**  )<br>)<br>v.                                 )<br>)<br>FEDERAL ENERGY REGULATORY )<br>COMMISSION               )<br>)<br>    **Respondent**  )<br>)<br>_____ ) | Case No. 24-2714 |

**CORPORATE DISCLOSURE STATEMENT
OF RWE CLEAN ENERGY, LLC**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1A, RWE Clean Energy, LLC (RWE) makes the following disclosures:

1. RWE is a limited liability company organized under the laws of the state of Delaware. RWE develops, owns, and operates electric generation and storage facilities throughout the United States. RWE's principal office is located at 353 North Clark Street, Floor 30, Chicago, Illinois 60654.

2. RWE is owned 100% by RWE US Holdings, LLC, which, in turn, is a wholly-owned subsidiary of RWE AG, a German company. No publicly held company owns 10% or more of RWE's stock.

Respectfully Submitted,

/s/ Bruce A. Grabow
Bruce A. Grabow
Jennifer Brough
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
bgrabow@sheppardmullin.com
jbrough@sheppardmullin.com

*Counsel for RWE Clean Energy, LLC*

Dated: September 24, 2024

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| AMEREN SERVICES CO., ET AL. )<br>)<br>)<br>    **Petitioners** )<br>)<br>v. )<br>)<br>FEDERAL ENERGY REGULATORY )<br>COMMISSION )<br>)<br>    **Respondent** )<br>)<br>_____) | Case No. 24-2714 |

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Circuit Rule 25A, I hereby certify that I have this 24th day of September, 2024, served the foregoing via the CM/ECF system.

                                            Respectfully Submitted,

                                            /s/ Bruce A. Grabow
                                            Bruce A. Grabow
                                            Jennifer Brough
                                            Sheppard Mullin Richter & Hampton LLP
                                            2099 Pennsylvania Avenue, NW, Suite 100
                                            Washington, DC 20006-6801
                                            bgrabow@sheppardmullin.com
                                            jbrough@sheppardmullin.com

                                            *Counsel for RWE Clean Energy, LLC*

Dated: September 24, 2024

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| AMEREN SERVICES CO., ET AL. | ) |
| | ) |
| Petitioners | ) |
| | ) |
| v. | ) Case No. 24-2714 |
| | ) |
| FEDERAL ENERGY REGULATORY COMMISSION | ) |
| | ) |
| Respondent | ) |
| | ) |

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

Pursuant to Rules 27(d)(2)(A) and 32(g)(1) of the Federal Rules of Appellate Procedure, the undersigned certifies that this document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document excluded by Federal Rule of Appellate Procedure 32(f), this document contains 329 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman.

Respectfully Submitted,

/s/ Bruce A. Grabow
Bruce A. Grabow
Jennifer Brough
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
bgrabow@sheppardmullin.com
jbrough@sheppardmullin.com

*Counsel for RWE Clean Energy, LLC*

Dated: September 24, 2024